*Mary A. Gambardella, Frederick L. Murolo* and *Karen T. Gerber,* in opposition.

Decided January 17, 2003

STATE OF CONNECTICUT *v.* DANIEL SANTIAGO

*Darcy McGraw,* special public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided January 22, 2003

STATE OF CONNECTICUT *v.* DANIEL SANTIAGO

The Supreme Court docket number is SC 16918.

*James M. Ralls,* assistant state's attorney, in support of the petition.

*Darcy McGraw,* special public defender, in opposition.

Decided January 22, 2003